# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of June, two thousand twenty-three,

Before:     Dennis Jacobs,
                Myrna Pérez,
                Sarah A. L. Merriam,
                    *Circuit Judges*.

_____

Magellan Technology, Inc.,

      Petitioner,

v.

United States Food and Drug Administration,

      Respondent.

_____

**JUDGMENT**

Docket No. 21-2426

      The petition for review in the above captioned case from a decision of the United States Food and Drug Administration was argued on the agency's record and the parties' briefs. Upon consideration thereof,

      IT IS HEREBY ORDERED, ADJUDGED and DECREED that the petition for review is DENIED.

      For the Court:

      Catherine O'Hagan Wolfe,
      Clerk of Court

